# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of                    )
*(Briefly describe the property to be searched*   )
*or identify the person by name and address)*    )   Case No. 24-mj-29-01-AJ
                                                  )
76 Ledge Street #3                                )
Nashua, New Hampshire                             )
                                                  )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of ___New Hampshire___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §922(g)(1) | Possession of a Firearm by a Prohibited Person |
| 21 U.S.C. §841(a)(1) | Possession with Intent to Distribute a Controlled Substance |
| 21 U.S.C. §846, 841(a) | Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substance |

The application is based on these facts:
See attached Affidavit in Support of Application for Search Warrant of ATF Special Agent John Bianchi, attached hereto and incorporated herein.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____*)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ John Bianchi
*Applicant's signature*

John Bianchi, Special Agent ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by  telephone  *(specify reliable electronic means)*.

Date: **Feb 20, 2024**

*Judge's signature*

City and state: **Concord, New Hampshire**     **Andrea K. Johnstone  U.S. Magistrate Judge**
*Printed name and title*